UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
.
:
LUIS FERNANDO POPOCA SOLIS,                      :
.
Petitioner,             :
.
-v-                                  :                    26 Civ. 3258 (JPC)
.
LADEON FRANCIS, *et al.*,                          :                    ORDER
.
Respondents.            :
.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court, having examined the Petition in this action, which Petitioner filed under 28 U.S.C. § 2241, orders that:  The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

By April 28, 2026, the U.S. Attorney's Office shall file an answer or other pleadings in response to the Petition, explaining the basis for Petitioner's detention and Petitioner's location. Petitioner may file reply papers, if any, by May 5, 2026.  In preparing their papers, the parties shall discuss whether, if the statutory provision under which the Government asserts the authority to detain Petitioner is 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from this Court's recent decisions in *Chen v. Almodovar*, No. 25 Civ. 9670 (JPC), 2026 WL 100761 (S.D.N.Y. Jan. 14, 2026), *Alvarado Quezada v. Francis*, No. 26 Civ. 387 (JPC), 2026 WL 380711 (S.D.N.Y. Feb. 11, 2026), and *Flores Palma v. Arteta*, No. 25 Civ. 9340 (JPC), 2026 WL 697015 (S.D.N.Y. Mar. 12, 2026).

SO ORDERED.

Dated: April 21, 2026
       New York, New York                          _____
                                                              JOHN P. CRONAN
                                                          United States District Judge