UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                    :

LUIS FERNANDO POPOCA SOLIS,        :

               Petitioner,      :

         -v-            :          26 Civ. 3258 (JPC)

                    :

LADEON FRANCIS, *et al.*,         :          ORDER

                    :

           Respondents.      :

                    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Counsel for all parties, and in particular Tosca Giustini of UnLocal, are ordered to appear before the undersigned on April 29, 2026, at 4:30 p.m., to discuss the reasons for Petitioner's counsel filing a notice of voluntary dismissal in this action on April 21, 2026, *see* Dkt. 4, and the subsequent initiation that same day of a substantially identical case in the District of New Jersey, *see Popoca Solis v. Soto*, No. 2:26-cv-4241 (MEF) (D.N.J. Apr. 21, 2026). The parties should be prepared to address whether Petitioner was located in this District at the time the Petition in the instant case was filed. The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. Counsel for Respondents should appear at the April 29 conference but need not make any filings.in advance of such conference.

SO ORDERED.

Dated: April 27, 2026
      New York, New York                         JOHN P. CRONAN
                                        United States District Judge